**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| JESSICA ROMO,　§<br>　§<br>　*Plaintiff,*　§<br>　§<br>v.　§　　Civil Action No.  SA-13-CV-1115-XR<br>　§<br>BRIAN T. BURRIS,　§<br>　§<br>　*Defendant*.　§<br>　§ | |

**ORDER**

On this date, the Court considered the parties' ADR Report.  Docket no. 15.  The parties have agreed that mediation would be an appropriate form of ADR.  Because the dispositive motion deadline looms, the Court finds that mediation would be beneficial.

Mediation is a mandatory but non-binding settlement conference wherein the parties attempt to resolve their differences with the assistance of a third-party facilitator.  All proceedings in a mediation session are confidential and protected from discovery.  No subpoenas, summons, citations, or other process shall be served at or near the location of any mediation session, upon any person entering, leaving, or attending any mediation session.

Counsel and parties shall proceed in a good faith effort to try to resolve this case and shall agree upon a mediator of their choice and a mediation date.  If no agreed date can be found, the mediator will select a date and the parties shall appear as directed by the mediator.  If the parties cannot agree to a mediator, the parties should notify the Court and the Court will select the mediator. Unless this Court extends the deadline, mediation shall occur no later than **November 1, 2014.**  The parties shall advise the Court of the date selected for the mediation and

shall keep the Court advised of any rescheduled dates.  Unless otherwise agreed, the costs of mediation are to be divided and borne equally by the parties.

Corporate named parties must be represented by an individual with authority to negotiate a settlement.  The representative shall be present during the entire mediation process.

Following the mediation, the Court will be advised only that the case did or did not settle. No other information will be transmitted to the Court by the mediator or any other party.

It is so ORDERED.

SIGNED this 4th day of September, 2014.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE